UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DARRELL L. GOLDEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:14-cv-01973 |
| | ) CHIEF JUDGE CRENSHAW |
| METROPOLITAN GOVERNMENT | ) |
| OF NASHVILLE AND DAVIDSON | ) |
| COUNTY, TENNESSEE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For reasons explained in the accompanying Memorandum Opinion, the Metropolitan Government of Nashville and Davidson County, Tennessee's Motion for Summary Judgment (Doc. No. 34) is hereby **GRANTED** as to Darrell L. Golden's discrimination claim and any claims under the THRA, as well as Golden's retaliation claim insofar as it applies to allegations other than retaliatory discipline and miscalculation of vacation time on or after October 23, 2012. The motion is otherwise **DENIED**. The parties are instructed to comply with pretrial deadlines as set forth in the Court's Order of April 28, 2017. (Doc. No. 51.)

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE